UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-22892-GAYLES/Turnoff

EDELMIRA DEL CARMEN FALCO VARGAS,

    Plaintiff,
v.

RODOLFO PADILLA
MATHA LUZ HERRERRA
a/k/a MARTHA PADILLA

    Defendants.
_____/

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, RODOLFO PADILLA and MARTHA PADILLA, by and through their undersigned attorney, hereby file their Answer and Affirmative Defenses to Plaintiff's, EDELMIRA DEL CARMEN FALCO VARGAS, First Amended Complaint as follows:

**GENERAL ALLEGATIONS**

1. Admitted for jurisdictional purposes only.

2. Without knowledge, therefore denied.

3. Admitted.

4. Admitted.

5. Without knowledge, therefore denied.

**COUNT I**

6. Admitted.

7. Admitted for jurisdictional purposes only.

8. This is a legal, not factual, conclusory allegation to which no response is required, therefore denied.

9. Admitted.

10. This is a legal, not factual, conclusory allegation to which no response is required, therefore denied.

11. This is a legal, not factual, conclusory allegation to which no response is required, therefore denied.

12. Without knowledge, therefore denied.

13. Denied.

14. Denied.

15. Denied.

## COUNT II[1]

16. This is a legal, not factual, conclusory allegation to which no response is required, therefore denied.

17. This is a legal, not factual, conclusory allegation to which no response is required, therefore denied.

18. Denied.

19. This is a legal, not factual, conclusory allegation to which no response is required, therefore denied.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

---

[1] This is incorrectly identified as "Count III" in the complaint.

GALLUP LAW • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • www.gallup-law.com

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff has failed to state a cause of action upon which relief may be granted.

### Second Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### Third Affirmative Defense

At all times, Defendants acted in good faith and had reasonable grounds to believe their policies and practices comported with the governing law, including the Fair Labor Standards Act ("FLSA") and Florida's Minimum Wage Act. ("FMWA") Therefore, Plaintiff is barred from recovering liquidated damages.

### Fourth Affirmative Defense

At no time did Defendants act "willfully" within the meaning of the FLSA. Therefore, Plaintiff is barred from recovering liquidated damages.

### Fifth Affirmative Defense

Plaintiff's claim for minimum wage may be barred by one or more applicable exemptions under the FLSA or FMWA.

### Sixth Affirmative Defense

Plaintiff has failed to mitigate her damages, if any.

### Seventh Affirmative Defense

Plaintiff has failed to satisfy all conditions precedent to bringing an action under the FMLA or FMWA.

GALLUP LAW • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • www.gallup-law.com

WHEREFORE Defendants, RODOLFO PADILLA and MARTHA PADILLA, respectfully request that this Court dismiss Plaintiff's, EDELMIRA DEL CARMEN FALCO VARGAS, First Amended Complaint with prejudice, award Defendants attorney's fees and costs incurred in defense of this action pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. 1927, and grant such other and further relief as may be just, necessary and proper.

Respectfully submitted:

**GALLUP LAW**
*Counsel for Defendants*
4000 Hollywood Boulevard
Presidential Circle - Suite 265 South
Hollywood, Florida 33021
t: 954.894.3035
f: 954.241.6585
e:  dgallup@gallup-law.com

By:      /s/ Dana M. Gallup_____
         DANA M. GALLUP
         Florida Bar No. 0949329

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Dana M. Gallup
DANA M. GALLUP

## SERVICE LIST
### FALCO VARGAS v. RODOLFO PADILLA ET AL
### CASE NO.: 15-cv-22892-GAYLES/Turnoff

| | |
|---|---|
| Dana M. Gallup, Esq.<br>**GALLUP LAW**<br>4000 Hollywood Boulevard<br>Suite 265 South<br>Hollywood, Florida 33021<br><br>t: (954) 894.3035<br>f: (954) 894.8015<br>e: dgallup@gallup-law.com<br><br>*Attorneys for Defendants*<br>CM/ECF | J.H. Zidell, Esq.<br>e: zabogado@aol.com<br><br>Rivkah F. Jaff, Esq.<br>e: rivkah.jaff@gmail.com<br><br>**J.H. ZIDELL, P.A.**<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br><br>t: (305) 865-6766<br>f: (305) 865-7167<br><br>*Attorneys for Plaintiff*<br>CM/ECF |

GALLUP LAW • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • www.gallup-law.com