UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-22892-GAYLES/Turnoff

EDELMIRA DEL CARMEN FALCO VARGAS,

    Plaintiff,

vs.

RODOLFO PADILLA,
MARTHA LUZ HERRERA
a/k/a MARTHA PADILLA,

    Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court pursuant to a referral to the undersigned for settlement conference by the Honorable Darrin P. Gayles, United States District Court Judge for the Southern District of Florida. (ECF No. 22). Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A settlement conference in this matter is scheduled before the undersigned for **Thursday, June 9, 2016, at 2:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 11th Floor, Miami, Florida, 33128.

2. The settlement conference <u>shall be attended</u> by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative(s) present with <u>full authority to negotiate and finalize</u> any settlement reached.

3. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) shall be present. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation to the District Judge that sanctions be entered against the offending party.

4. Telephonic attendance will not be considered without the undersigned's prior permission and unless extraordinary circumstances exist.

5. The conference will not be continued absent extremely compelling circumstances.

6. The parties shall take note that, in civil actions, the Court does not provide an interpreter for parties who do not speak English. In the event that a party requires an interpreter, it shall be that party's burden to provide one. The parties are further advised that laptop computers are not permitted in the Federal Courthouse absent permission from the Office of the U.S. Marshal.

7. The conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the conference shall remain confidential.

8. The parties are not required to submit any statements/documentation in preparation for the conference.

9. Counsel shall remind their clients that they must bring proper identification (*e.g.*, driver's license), and that mobile phones are <u>not</u> permitted inside the Courthouse.

10. In the event this matter settles prior to the conference, the parties shall immediately advise the undersigned's Chambers.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of May 2016.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Darrin P. Gayles
    Counsel of record